In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-596 CV


 ______________________


 

IN RE COREY YOUNG






Original Proceeding






MEMORANDUM OPINION


 Corey Young seeks mandamus relief to compel the trial court to appoint counsel to
represent him. The trial court has now appointed counsel to represent relator. Accordingly,
we dismiss the petition for writ of mandamus without regard to the merits of the issues raised
in the petition for writ of mandamus.

 PETITION DISMISSED.

 PER CURIAM 

Opinion Delivered January 31, 2008


Before Gaultney, Kreger, and Horton, JJ.